COMMONWEALTH of Pennsylvania, Petitioner

v.

Dreama Marie STOTELMYER, Respondent.

Supreme Court of Pennsylvania.

Sept. 25, 2013.

### ORDER

PER CURIAM.

AND NOW, this 25th day of September, 2013, the Petition for Allowance of Appeal is GRANTED. The issue is:

Did the Superior Court err in holding that a person is statutorily eligible for a county intermediate punishment sentence when a mandatory minimum sentence applies under 18 Pa.C.S.A. § 7508?